IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VIRGINIA LARA, | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-08-3530 |
| UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER-HOUSTON, | § § § § | |
| Defendant. | § | |

### FINAL JUDGMENT

In conformity with the Order Adopting Magistrate Judge's Memorandum and Recommendation signed on December 2, 2010, it is **ADJUDGED** that plaintiff take nothing from defendant.

Costs will be taxed against plaintiff.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 2nd day of December, 2010.

SIM LAKE
UNITED STATES DISTRICT JUDGE